## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-EQ1 Asset-Backed Certificates, Series 2006-EQ1, Pooling and Servicing Agreement Dated as of September 1, 2006 | Plaintiff(s) VS. | Court No.: 1:12-cv-8947 |
| | Defendant(s) | |
| Eleno Zambrano, Captial One Bank (USA), N.A. as Successor in Interest to Capital One Bank, GE Capital Retail Bank f/k/a GE Money Bank, Maria Eugenia Zambrano | | |

### AFFIDAVIT OF SPECIAL PROCESS SERVER

I, Don Eskra, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117-001465. Following are the results of my efforts to serve process in the above captioned case:

Type of Process: Summons In a Civil Case and Complaint

Defendant to be served: Maria Eugenia Zambrano

ADDRESS WHERE ATTEMPTED OR SERVED: 2003 High Street, Blue Island, IL, 60406

SERVED the within named defendant on: 11/14/2012 2:48:00 PM

✓ SUBSTITUTE SERVICE by leaving a copy of this process at his/her usual place of abode with: Omar Zambrano, (Relationship): Son, a person residing therein who is the age of 13 years or upwards confirmed the defendant resides at the above address and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on 11/15/2012.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Age:** 24 **Gender:** Male **Race:** Hispanic **Height:** 5-11 **Weight:** 201-225 **Hair:** Brown **Eyes:** Brown

Additional Comments:
No phone number was given.

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this instrument are true and correct.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on 11/16/2012

Signature of Process Server

Notary Public

OFFICIAL SEAL
JAMIE KONTOS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/25/16

Reference Num: 2914161
File Number: 14374.9464